***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted February 21, affirmed March 22, 2023

In the Matter of A. N.,
a Person Alleged to have Intellectual Disabilities.

STATE OF OREGON,
*Respondent,*

*v.*

A. N.,
*Appellant.*

Lane County Circuit Court
22CC01490; A178559

Debra K. Vogt, Judge.

Alexander C. Cambier and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Emily N. Snook, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. R. L. W.*, 267 Or App 725, 341 P3d 845 (2014).